UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                       :
                                                            :     Case No. 21-10646 (JLG)
                                                            :
STONEWAY CAPITAL LTD., *et al.*                             :     CHAPTER 11
                                                            :
                                                            :
Debtors.                                                    :     Jointly Administered
-----------------------------------------------------------x

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned cases scheduled for **May 4, 2021, at 1:00 p.m.** (the "Designated Meeting Time") will be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

### Call In Information

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:   (877) 727-9367, and when prompted, enter the

Participant Code: 1864657 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date:   April 14, 2021

                                                     William K. Harrington
                                                     United States Trustee for Region 2
                                                     U.S. Department of Justice
                                                     Office of the United States Trustee
                                                     201 Varick Street, Room 1006
                                                     New York, New York 10014

                                 By:    */s/ Brian S. Masumoto*_____
                                            Brian S. Masumoto
                                            Trial Attorney