UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>STONEWAY CAPITAL LTD., *et al.*,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 21-10646-JLG<br><br>Jointly Administered<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On April 21, 2021, a true and correct copy of the Notice of Presentment of Order Setting a Briefing Schedule on the Ad Hoc Steering Committee's Abstention Motion, with Exhibit A thereto, was served by email upon:

> United States Trustee for the Southern District of New York
> Brian Masumoto, Shara Cornell, & Linda Riffkin
> 201 Varick Sreet, Suite 1006
> New York, NY  10014
> brian.masumoto@usdoj.gov
> shara.cornell@usdoj.gov
> linda.rifkin@usdoj.gov
>
> Shearman & Sterling LLP
> Fredric Sosnick, Ned S. Schodek, & Jordan A. Wishnew
> 599 Lexington Avenue
> New York, NY  10022
> fsosnick@shearman.com
> ned.schodek@shearman.com
> jordan.wishnew@shearman.com
> *Counsel for Debtors*

---

[1] The Debtors, together with the last four digits of each Debtor's registration number in the jurisdiction in which they operate, are:  Stoneway Capital Ltd. (4518) (BVI), Stoneway Capital Corp. (1512) (Canada), Stoneway Energy International LP (1029) (Canada), Stoneway Energy LP (1028) (Canada), Stoneway Group LP (0837) (Canada), and Stoneway Power Generation Inc. (1748) (Canada).

DF / MOMPRESA, S.A.U.
Ignacio Rodriguez
Parque Cientifico Tecnológicoada Byron, 90
Gijon 33203 Spain
direccion.juridica@durofelguera.com

Siemens Energy AB
Peter Hjelm
Slottsvägen 2-6612 83 Sweden
peter.hjelm@siemens.com

Gramercy Energy Secured Holdings II LLC
Tomas Serantes & Marc Zelina
c/o Gramercy Funds Management LLC
20 Dayton Avenue
Greenwich, CT 06830
tserantes@gramercy.com
mzelina@gramercy.com

Simpson Thacher & Bartlett LLP
Todd Crider
425 Lexington Avenue
New York NY 10017
tcrider@stblaw.com

Gemcorp Fund I Limited and Gemcorp Multi Strategy Master
Fund SICAV SCS
General Counsel/Operations
c/o Gemcorp Capital LLP
1 New Burlington Place
London W1s 2hr, United Kingdom
generalcounsel@gemcorp.net
ops@gemcorp.net

Aracucaria Capital S.A.
President or General Counsel
Av. Del Libertador 498 15th Floor
Buenos Aires, Argentina
info@araucariaenergy.com

Sargent & Lundy LLC
Terrence P. Coyne
55 East Monroe Street
Chicago, IL 60603
terrence.p.coyne@sargentlundy.com

SS&C Intralinks
Susie Xiao
685 3rd Ave, Floor 9
New York, NY 10017
sxiao@intralinks.Com

Maples and Calder BV
Chloe Harris
Sea Meadow House P.O. Box 173
Road Town Vg1110, British Virgin Islands
chloe.harris@maples.com

Epiq Corporate Restructuring LLC
Brad Tuttle, Senior Managing Director
777 Third Avenue, 12th Floor
New York, NY 10017
btuttle@epiqglobal.com

Baker & McKenzie LLP
Clyde Rankin, III
452 Fifth Avenue
New York, NY 10018
clyde.rankin@bakermckenzie.com

WD Capital Markets Inc.
Artur Agivaev
Wildeboer Dellelce Place, 365 Bay Street, Suite 805
Toronto ON M5h 2v1 Canada
artur@wdcapital.ca

Kekst and Company Inc.
Daniel Yunger
437 Madison Avenue, 37th Floor
New York, NY 10022
daniel.yunger@kekstcnc.com

CT Lien Solutions
President Or General Counsel
c/o Wolters Kluwer
2700 Lake Cook Road
Riverwoods IL 60015
liensolutions.clientsupport@wolterskluwer.com

O'Farrell Inc.
Michael Joseph
167 Madison Avenue, Suite 303
New York, NY 10016
info@ofarrellusa.com

Samuel Knight
President or General Counsel
City Quadrant Offices, 13-15 Waterloo Square
Newcastle Upon Tyne Ne1 4dp, United Kingdom
energy@samuel-knight.com

Broadridge Financial Solutions
Joseph Naso
51 Mercedes Way
Edgewood, NY 11717
joseph.naso@broadridge.com

UMB Bank, N.A.
David Massa
Corporate Trust & Escrow Services
100 William Street, Suite 1850
New York, NY 10038
david.massa@umb.com

Perkins Coie LLP
Ronald Sarubbi
115 Avenue Of The Americas, 22nd Floor
New York, NY 10036-2711
rsarubbi@perkinscoie.com

Cortland Capital Market Services LLC
Legal Department and Ashwinee Sawh
225 W. Washington Street, 9th Floor
Chicago Il 60606
legal@cortlandglobal.com
cortland_successor_agent@cortlandglobal.com

        Banco de la Ciudad de Buenos Aires
        Alicia Villaverde
        Florida 302
        Ciudad Autónoma de Buenos Aires, Argentina
        avillaverde@bancociudad.com.ar

        Banco de la Provincia de Buenos Aires
        Sergio Pasero
        San Martin 137, Floor 4 Sector C
        Ciudad Autónoma de Buenos Aires, Argentina
        spasero@bpba.com.ar

        Banco de Galicia y Buenos Aires S.A.U.
        Norberto Quirno
        Tte Gral Juan Domingo Perón 430, Floor 21
        Ciudad Autónoma De Buenos Aires, Argentina
        norberto.quirno@bancogalicia.com.ar

        Hogan Lovells US LLP
        Robert Ripin & Phillip A. Schuster
        390 Madison Avenue
        New York, NY 10017
        robert.ripin@hoganlovells.com
        philip.schuster@hoganlovells.com

        Reed Smith LLP
        Rebecca Tesfaye & Omar Alaniz
        599 Lexington Avenue
        New York, NY 10022
        rtesfaye@reedsmith.com
        oalaniz@reedsmith.com

2.    On the same day, a true and correct copy of the aforesaid document was served by First Class Mail upon:

        Vista South America Inc.
        Ariel Wainer
        12405 Ne 6 Ave.
        North Miami, FL  33161

Aldebaran Group Ltd.
Jacques Marie Blehaut
12 Gough Square, 3rd Floor
London Ec4A 3dw
United Kingdom

Cratos Global
President or General Counsel
3225 Shallowford Road, Suite 810
Marietta, GA  30062

Atahualpa USA LLC
Carlos Bussolini, Director
6820 Indian Creek Drive, Unit 2F
Miami Beach FL  33141

Citrix Systems Inc.
President or General Counsel
851 W. Cypress Creek Road
Fort Lauderdale, FL  33309

Dated:   New York, New York
April 22, 2021

    /s/Brendan Cyr
    Brendan Cyr