# EXHIBIT B
## *341 Meeting of Creditors Transcript*

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 21-10646

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   STONEWAY CAPITAL LIMITED et al.,

8

9        Debtor.

10  - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11                   Office of the United States Trustee

12                   U.S. Bankruptcy Court for the Southern

13                   District of New York

14                   One Bowling Green

15                   New York, New York 10004

16

17                   May 4, 2021

18

19

20

21  341 Meeting of Creditors

22

23  B E F O R E :

24  BRIAN S. MASUMOTO

25  TRUSTEE

341 Meeting of Creditors Transcript   Pg 3 of 35

1   A P P E A R A N C E S :

2

3   DRIVETRAIN

4        Principal for the Debtors

5        410 Park Avenue, Suite 900

6        New York, New York 10022

7

8   BY:  DAVID MACK (TELEPHONICALLY)

9

10   SHEARMAN & STERLING LLP

11        Attorneys for the Debtors

12        599 Lexington Avenue

13        New York, NY 10022

14

15   BY:  FRED SOSNICK

16        JOHN GUELI

17

18   CLEARY GOTTLIEB STEEN & HAMILTON LLP

19        Attorneys for Ad Hoc Group of Noteholders of the 10

20        percent senior secured notes

21        One Liberty Plaza

22        New York, NY 10006

23

24   BY:  LUKE BAREFOOT

25

Page 3

1   DUNNING REIVMAN, LLP

2       Attorneys for Duro Felguera, Creditors

3       1350 Broadway, Suite 2120

4       New York, NY 10018

5

6   BY:   BRIAN DUNNING

7       DAMIAN VALLEJO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                   P R O C E E D I N G S

2              MR. MASUMOTO:  Good afternoon.  Today's date is

3    May 4, 2021.  It's approximately 1 p.m. in the afternoon.

4    My name is Brian Masumoto.  I'm a trial attorney with the

5    Office of the United States Trustees.

6              This is an initial 341 Meeting in the matter of

7    Stoneway Capital Limited et al.  Case No., the Lead Case No.

8    is 21-10646.  The case has been assigned to Judge James L.

9    Garrity, Jr.

10             There are six cases associated with the lead case

11   and today's 341 will include all six debtors.  This 341 will

12   be conducted telephonically and is being recorded.  If

13   parties require access to the transcript, they can contact

14   our office for a list of the transcription providers.

15             All right.  Since this is a telephonic 341, I'll

16   ask that when parties speak, they identify themselves for

17   the record.

18             All right, let's begin with the principal of --

19   I'm sorry.  Excuse me.  If there are parties who are online

20   who are not speaking for the record, please mute your

21   telephone.

22             All right.  Let's begin.  Would the principal of

23   the debtor please state his name, address, and title for the

24   record?

25             MR. MACK:  I am David Mack.  I am a director of

Page 5

1    each of the debtors other than the three entities that are

2    limited partnerships.  And in those cases, I'm the director

3    of the relevant general partner and I've held those

4    positions since March 2020.  My address is care/of

5    Drivetrain, LLC, 410 Park Avenue, Suite 900, New York, New

6    York 10022.

7              MR. MASUMOTO:  Okay, Mr. Mack, would you swear or

8    affirm the testimony you're about to give will be the truth

9    and only the truth?

10             MR. MACK:  I do.

11             MR. MASUMOTO:  Thank you.  Please state other

12   appearances for the record, beginning with debtor's counsel.

13             MR. SOSNICK:  Good afternoon.  It's Fred Sosnick

14   from Shearman & Sterling on behalf of the debtors.

15             MR. MASUMOTO:  Okay, Mr. Sosnick, is there anyone

16   else in your firm that will be participating today?

17             MR. GUELI:  Yes, hello, hi.  This is John Gueli,

18   also from Shearman & Sterling.

19             MR. MASUMOTO:  I'm sorry.  Will the last -- the

20   individual who spoke last please repeat for the record?

21   Does anyone know whose phone is ringing?  Please mute your

22   phone.

23             MR. GUELI:  Yeah, so, John Gueli, G-U-E-L-I, also

24   of Shearman & Sterling for the debtors.

25             MR. MASUMOTO:  Okay.  Anyone else?  Okay.  All

Page 6

1    right.  Please state other appearances for the record.

2         MR. BAREFOOT:  Good afternoon, Mr. Masumoto, Luke

3    Barefoot from Cleary Gotlieb Steen & Hamilton, LLP for the

4    Steering Committee of the Ad Hoc Group of Noteholders of the

5    10 percent senior secured notes.

6         MR. MASUMOTO:  Okay.  Are there any other

7    creditors?

8         MR. DUNNING:  (indiscernible).

9         MR. MASUMOTO:  I'm sorry.  Would the person that

10   spoke last please repeat your statement?  Are there any

11   other creditors who wish to state their appearance for the

12   record?

13        MR. DUNNING:  Yes, sir.  This Brian Dunning from

14   Dunning Reivman, LLP.  My partner, Damian Vallejo and I

15   represent Duro Felguera, creditors.

16        MR. MASUMOTO:  I'm sorry.  Could you repeat the

17   name of your creditors, and if you don't mind, could you

18   spell it?

19        MR. DUNNING:  Duro Felguera, D-U-R-O F-E-L-G-U-E-

20   R-A, one is Mompresa and one is Argentina.

21        MR. MASUMOTO:  Okay.  All right.  Any other

22   parties, any other parties of interest or creditors?

23        All right.  Okay.  Mr. Mack, did you sign all the

24   petitions in this case?

25        MR. MACK:  I did.

Page 7

1          MR. MASUMOTO:  And to the best of your knowledge,

2     are the petitions true and accurate statements that were

3     filed on the record?

4          MR. MACK:  Yes, to the best of my knowledge they

5     are.

6          MR. MASUMOTO:  Are you aware of any corrections,

7     additions, or changes that should be noted for the record at

8     this time?

9          MR. MACK:  Not at this time, no.

10          MR. MASUMOTO:  All right.  Thank you.  I believe

11     an order was entered extending the time for the debtor to

12     file -- debtors to file their schedules and the statement of

13     financial affairs for each of the debtors.  I believe that

14     extension date is May 21, 2021.  Is that correct?

15          MR. MACK:  That is my belief, yes.

16          MR. MASUMOTO:  All right.  And to the best of your

17     knowledge, do you expect the debtor will be able to meet

18     that deadline for the filing of schedules and the statement

19     of financial affairs?

20          MR. MACK:  Yes.  We are working to file them on or

21     before May 21.

22          MR. MASUMOTO:  For the record and just for the

23     benefit of other parties, since the debtor's schedules and

24     statement of financial affairs have not been filed, this 341

25     Meeting will be adjourned at the conclusion of this meeting

Page 8

1    and at the present time -- well, not at the present time --

2    the adjourn date will be June 2, 2021 at 1 p.m. at which

3    time we hope and anticipate that the schedules and statement

4    of financial affairs will be filed.

5            Once again, if for some reason the schedules are

6    not filed when due or there is an extension, an additional

7    extension of time to file, we may decide to extend the

8    adjourned hearing date.

9            We would -- we do not intend to conclude the 341

10   until there's an opportunity for parties and interests to

11   question the debtor about their schedules and statement of

12   financial affairs.

13           All right.  So, Mr. Mack, generally speak, again,

14   I know this is a somewhat complicated case, but if you can

15   state for the record a general description of the debtor and

16   the circumstances that led to the filing of the bankruptcy

17   petition.

18           MR. MACK:  Certainly, the debtor's a holding

19   company and do not directly carry on material business

20   operations except for the Stoneway Capital Corporation which

21   leases turbine to Argentinal operating subsidiaries, but

22   otherwise, they just maintain their (indiscernible)

23   interests in (indiscernible)non-debtor operating

24   subsidiaries which are four Argentine entities that operate

25   various power stations around Buenes Aires.

1          The capital structure is high level, approximately

2     686 million of senior secured notes issued by SCC which is

3     Stoneway Capital Corporation and guaranteed by of two of the

4     debtors and secured with pledges of equity interests in

5     other assets from each of the other debtors.  There is

6     approximately 26.1 million in outstanding principal due

7     under a revolving credit agreement in Argentina where the

8     Argentinal operating subsidiaries are the borrowers, and

9     that facility also benefits from the same guaranteed

10    collateral package that (indiscernible).

11         And finally, there is term loan, the borrower of

12    which is non-debtor, a non-debtor entity.  I've got to

13    remember.  Did I call it GRM?  I'm not, off the top of my

14    head, what the full name is, but it's GRM (indiscernible).

15    But it's guaranteed by Stoneway Capital, SGLP, which is the

16    Stoneway Group, LP, and Stoneway Power Generation, Inc.

17    That term loan, the outstanding principal amount is

18    approximately 271 million dollars.

19         Essentially in 2020, in March 2020, there are a

20    series of defaults under the loan agreements, both the term

21    loan and the notes, arising from operational difficulties in

22    Argentina as well as the financial situation and economic

23    crisis that was going on in Argentina at that point.

24         That led to a formal forbearance agreement signed

25    in May 2020, and, which in turn, led to a restructuring

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 11 of 35

Page 10

1    support agreement that was signed in September 2020 that

2    provided for a non-insolvency-based reorganization to take

3    place in Canada by what is known as a CBCA proceeding.

4    Under that, the notes would be converted into new senior

5    secured notes issued by Stoneway Capital Corporation for the

6    same principal amount.  The term loan, which is the 271

7    million dollars, will be converted into 50 percent of common

8    shares, 100 percent of the preferred shares in GRM.  That

9    CBCA was (indiscernible) Ontario courts in October 2020.

10   And then -- and was proceeding in December 2020, there was

11   an adverse decision in Argentina related to a plant called

12   (indiscernible) which restricted its operations.

13             Following that, there were a number of

14   adjournments of the Noteholders meetings in Canada that were

15   required to approve the plan.  And in March of this year,

16   the restricting support agreement was amended in light of

17   (indiscernible) including the termination on the proposed

18   restructuring support agreement on March 31.

19             On March 31, the RSA, the restructuring support

20   agreement expired but the parties agree to a one-week

21   standstill through April 7.  And then on April 7, in the

22   late evening we discovered there would be no further

23   extension of the (indiscernible) and thus, the debtors

24   commenced the case on April 7.

25             MR. MASUMOTO:  All right.  Thank you.  With

Page 11

1    respect to the filing of the bankruptcy petition, there were

2    some First Day motions that were filed with the Court.  Can

3    you just briefly identify those motions?

4              MR. MACK:  I believe it was the retention of Tom

5    Cook, joint administration and a sort of general automatic

6    stay-type motion that you enter into, you often enter into

7    with cases with non-US subsidiaries.

8              MR. MASUMOTO:  All right.

9              MR. MACK:  There may be others, but I think that

10   was it from memory.

11             MR. MASUMOTO:  All right.  At the present time,

12   there are at least two motions that have filed by -- I

13   guess, the entities I'll refer to has ad hoc noteholders.

14   Can you identify those motions?

15             MR. MACK:  Correct.  Certainly, there is a motion

16   for a cross-border protocol.  There's a motion to lift the

17   stay as it relates to contesting the withdrawal of the CBCA

18   proceeding and there is an abstention motion seeking the

19   Court, asking the Court to abstain from the filing -- from

20   hearing this case so that the noteholders could proceed with

21   a case in Canada.

22             MR. MASUMOTO:  All right.  My understanding is the

23   cross-border protocol motion and the lift stay motion are

24   scheduled for May 28th.  Is that correct?

25             MR. MACK:  I believe that is the case.

Page 12

1              MR. MASUMOTO:  Has the abstention motion been

2       scheduled?

3              MR. MACK:  I believe the Court is scheduled to

4       hear that on June 7th currently.

5              MR. MASUMOTO:  June 7th, I'm sorry, June 7th, is

6       that correct?

7              MR. MACK:  I believe that's the case.

8              MR. MASUMOTO:  Okay.  And with respect to the

9       motions that have been filed, is there any -- has a

10      discovery schedule with respect to the abstention motion, my

11      understanding, has the discovery schedule be agreed upon?

12             MR. MACK:  I believe a discovery schedule has been

13      agreed upon.  At the moment, the debtors and the ad hoc

14      group are undertaking discovery from one another.

15             MR. MASUMOTO:  Okay.  At the present time, is the

16      debtor -- does the debtor intend to file any motions before

17      the Court in addition to what's been filed?

18             MR. MACK:  Yes.  I think -- this is not an

19      exclusive list, but I think the current ones we are

20      intending to file, one is, is one related to (indiscernible)

21      bank account.  We've opened a deposit account at the City

22      National Bank.  And we believe (indiscernible) through the

23      ordinary course of business.  We're going to file a motion

24      (indiscernible) opening and closing each bank account.

25             We will be filing -- excuse me -- a stipulation

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 14 of 35

Page 13

1    with UMB Bank who is indentured trustee and collateral

2    (indiscernible), and the parties acknowledge the occurrence

3    of certain pre-petition and post-petition (indiscernible) on

4    the parties.

5            I (indiscernible) the automatic stay in exchange

6    for an agreement by the debtors should not seek sanctions

7    against UMB.

8            We do, in terms of DIP financing, we do intend to

9    seek court authority to enter into a DIP (indiscernible)

10   financing.  That process is still underway.  With the

11   assistance of their investment banker, we've developed an

12   initial DIP budget and are beginning to solicit interest and

13   proposals from parties of interest.

14           And then we will also be filing interim -- excuse

15   me -- interim compensation procedures, (indiscernible)

16   retention applications, so a monthly compensation procedure

17   for the professionals and then a variety of retention

18   applications.  The current retention applications

19   contemplated are for Shearman & Sterling.  Bennett Jones is

20   Canadian counsel, Lazard as financial advisor, RSM as an

21   accounting firm, and (indiscernible).  And (indiscernible)

22   ordinary course professional who is dealing with an

23   arbitration matter that we have pending.

24           MR. MASUMOTO:  I'm sorry.  Who's the financial

25   advisor?

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 15 of 35

Page 14

1            MR. MACK:  Lazard.

2            MR. MASUMOTO:  Okay.  Okay.  Any other motions

3    that you're aware of?

4            MR. MACK:  Not at this time that I'm aware of.

5            MR. MASUMOTO:  All right.  With respect to the

6    accounts at the UMB Bank, has the debtor taken a position as

7    to whether those bank accounts are property of the state?

8            MR. MACK:  These are the omnibus accounts.  We've

9    provided account statements, I believe, to your office.  The

10   accounts at UMB are in the name of Stoneway Capital

11   Corporation.  I believe the ad hoc groups have taken the

12   position that they control of the accounts.  The debtors are

13   continuing to evaluate (indiscernible) with respect to the

14   accounts.

15           MR. MASUMOTO:  Okay.  All right.  With respect to

16   the debtor's operations, I believe in the 1007-2

17   declaration, you stated, as you mentioned earlier, that most

18   of the debtors are essentially holding companies.

19           MR. MACK:  Correct.

20           MR. MASUMOTO:  But you also made mention to the

21   fact that SCC, which I guess is Stoneway Capital Corporation

22   also leases turbines to the Argentinian operating entities.

23   Is that correct?

24           MR. MACK:  Correct, yes.

25           MR. MASUMOTO:  All right.  Does that leasing

Page 15

1    activity continue post-petition?

2         MR. MACK:  Yes, it has.

3         MR. MASUMOTO:  Okay.  And with respect to the

4    lease payments, are those lease payments continuing post-

5    petition?

6         MR. MACK:  Yes, I believe that the (indiscernible)

7    to the debtor entities from the operating entities so our

8    carryover (indiscernible) leases the equipment at

9    (indiscernible).  SPI Energy remits a monthly lease payment

10   for equipment at San Pedro to the SCC Offshore accounts.  In

11   terms of disbursements relating to the leases, we, SCC does

12   have a contract with (indiscernible) in connection with the

13   operation and maintenance of the turbines as well as

14   professional service provider fees.  We are evaluating

15   whether the seek to use (indiscernible) cash collateral to

16   make those lease payments or do so by the DIP.

17        MR. MASUMOTO:  Okay.  So do you have an estimate

18   of the amount of the lease payments that are up-streamed on

19   a monthly basis?

20        MR. MACK:  Not off the top of my head, I don't.

21        MR. MASUMOTO:  Okay.

22        MR. MACK:  I'll get it for the next meeting.

23        MR. MASUMOTO:  Are those lease payments to be

24   deposited into the new bank accounts that you intend to

25   establish?

1          MR. MACK:  No.  They go to the -- they continue to

2     go into the UMB account.

3          MR. MASUMOTO:  Okay.  And so the UMB accounts are

4     accounts over which you have no control without the consent

5     of the noteholders.  Is that correct?

6          MR. MACK:  As mentioned, we're still evaluating

7     our rights and (indiscernible) rights over those accounts.

8          MR. MASUMOTO:  Okay.  I believe, I believe you had

9     mentioned you had wanted to open up new bank accounts.  Is

10    that correct?

11         MR. MACK:  Yes.

12         MR. MASUMOTO:  What would be --

13         MR. MACK:  Yeah.  At the moment, just one, one

14    bank account.

15         MR. MASUMOTO:  Okay.  And what would be the

16    purpose of that bank account?  What funds will be deposited

17    in those accounts?

18         MR. MACK:  At the moment, the only intended funds

19    (indiscernible) is proceeds from a (indiscernible).

20         MR. MASUMOTO:  Okay.  At this time, are you in --

21         MR. MACK:  We'll use that, that account to make,

22    to make payments on the DIP budget, like professionals.

23         MR. MASUMOTO:  Okay with the DIP funds, the DIP

24    amounts, do you have -- are you in a position at this time

25    to identify the potential DIP amounts that you'll be

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 18 of 35

Page 17

1    seeking?

2              MR. MACK:  I'm afraid I'm not at the moment.

3    We've done an initial DIP budget but it's still being

4    revised.

5              MR. MASUMOTO:  Okay.  And with respect to the pre-

6    petition operations, what month -- what funds were up-

7    streamed to the debtor aside from the lease payments?  Were

8    there any amounts that up-streamed separate and apart from

9    the lease payments that we discussed earlier?

10             MR. MACK:  I don't believe so, but I would have to

11   verify that.

12             MR. MASUMOTO:  Okay.  And so, to your knowledge, I

13   know you said you weren't entirely sure of the amount, but

14   do you know if any lease payments have been up-streamed to

15   the debtor post-petition?

16             MR. MACK:  I don't know the answer to that.

17             MR. MASUMOTO:  Okay.  All right.  Can you give us

18   sort of a general idea of the debtor's intention for

19   purposes of reorganization?  I know a lot of things are in

20   flux, and I know there's an abstention motion which, I

21   guess, is a preliminary hurdle that has to be overcome, but

22   assuming the debtor continues in bankruptcy, what would be

23   the debtor's overall plan of reorganization?

24             MR. MACK:  I mean the debtors are still organizing

25   themselves in the Chapter 11 (indiscernible) Shearman and

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 19 of 35

Page 18

1    other professionals to develop (indiscernible) strategy for

2    the case.  To begin the process, the debtors have reached

3    out to term lenders and to noteholders to begin discussions

4    around what a plan may look like, but at this point in time,

5    the noteholders have declined to engage pending resolution

6    of the abstention request.  But we are, you know, still

7    thinking the debtors and the professionals are still

8    planning out the strategy and what some of these

9    reorganizations may look like.

10          MR. MASUMOTO:  All right.

11          MR. MACK:  The plans may look like.

12          MR. MASUMOTO:  All right.  Can you tell me whether

13    any of the term lenders and noteholders overlap in terms of

14    their holdings?

15          MR. MACK:  I don't know the answer to that.  I

16    don't believe they do, but I generally don't know.

17          MR. MASUMOTO:  Okay.  And with respect to any of

18    the debtor and/or its affiliates, including any non-debtor

19    affiliate, do you know if any of the debtor entities and/or

20    their affiliates have any interest in either the noteholders

21    or the term lenders?

22          MR. MACK:  I'm sorry.  Do you mean do the debtors

23    or any of their affiliates are either term debt or no debt?

24          MR. MASUMOTO:  Yes, indirectly through different

25    entities?

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 20 of 35

Page 19

1        MR. MACK:  I do not believe any of them do.

2        MR. MASUMOTO:  Okay.  All right.  At this time, as

3    I said, pending the filing of the schedules and statement of

4    financial affairs, which may give rise to additional

5    questions, at this time, I would like to open up the meeting

6    to questions from the creditors and/or other parties in

7    interest.  However, I would like to caution the participants

8    that the question at this 341 Meeting should be generally

9    directed at the overall debtor's operations, its finances

10   and so forth.  The purpose of the questioning -- questions

11   should not be for discovery purposes.  I believe there'll be

12   ample opportunity for that, so with those restrictions in

13   mind, I'll ask if anybody has any questions.  Please

14   identify yourself for the record before you ask your

15   questions.  Are there any questions?

16       MR. BAREFOOT:  Good afternoon, Mr. Mack and Mr.

17   Masumoto.  This is Luke Barefoot from Cleary Gotlieb on

18   behalf of the Steering Committee of the Ad Hoc Group of

19   Noteholders.  A few questions, if I may.

20       MR. MASUMOTO:  Please proceed.

21       MR. BAREFOOT:  So, first off, I just wanted to

22   offer for the benefit of all parties one clarification.  I

23   believe that Mr. Mack noted that the scheduling on the

24   abstention motion was set for June 7th.  We have a

25   stipulated scheduling order that provides that the Court

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 21 of 35

Page 20

1    will set the hearing date on or after June 17th, not June

2    7th.  So I just didn't want there to be confusion in the

3    record on that point.

4                MR. MACK:  My apologies.

5                MR. BAREFOOT:  No problems and I may have just

6    misheard you.  Mr. Mack, in the First Day declaration that

7    you filed, it reflects that the debtors borrowed under two

8    separate unsecured promissory notes pursuant to which they

9    obtained financing from Grammercy around March 30, 2021, in

10   approximately 1.2 million.  What was the proceeds of that

11   borrowing used for?

12               MR. MACK:  I believe the proceeds of that

13   borrowing were used to pay professional fees.

14               MR. BAREFOOT:  And do you know how much, if any,

15   of the proceeds of that borrowing remain available to the

16   debtor as of today?

17               MR. MACK:  I don't believe any.

18               MR. BAREFOOT:  Okay.  And you mentioned, you know,

19   opening this bank, new bank account.  Can you just -- I

20   didn't quite catch it.  What was the name of the bank in

21   which you opened this account?

22               MR. MACK:  City National Bank.

23               MR. BAREFOOT:  Thank you.  And is that going to be

24   a 345-compliant account?

25               MR. MACK:  I don't know the answer to that.  I

Page 21

1    mean I assume City National Bank is a USC-authorized

2    suppository.

3              MR. BAREFOOT:  Okay.  Do you know, if rough terms,

4    what the total available, unencumbered cash balance for the

5    debtors is as of today to satisfy administrative expenses?

6              MR. MACK:  At the moment, we are negotiating DIP

7    financing regarding that.

8              MR. BAREFOOT:  Understood.  Before taking account

9    of any DIP financing that you may have obtained approval of

10   and borrow under, as of today, what is the total balance of

11   unencumbered cash that is available to the debtors to

12   satisfy administrative expenses?

13             MR. MACK:  Subject to ongoing diligence around the

14   UMB accounts, I don't believe we have any other additional

15   cash, although we may have some (indiscernible) and cash

16   held by Bank of New York pursuant to an indemnity

17   arrangement that it was old indentured trustee.

18             MR. BAREFOOT:  Understood.  You mentioned your

19   efforts to obtain post-petition financing.  What is your

20   anticipated timetable to market and ultimately obtain

21   approval of a post-petition facility?

22             MR. MACK:  I don't have an answer to that question

23   at this point other than we are working on it as a high

24   priority.

25             MR. BAREFOOT:  Have you identified any potential

Page 22

1   lenders with whom you've begun discussion on a potential

2   post-petition facility?

3           MR. MACK:  We have reached out to the, we've

4   reached out to the term loan lenders as they are a potential

5   source of (indiscernible) funding and then in the coming

6   days, we've going to be running a (indiscernible) process

7   which (indiscernible).

8           MR. BAREFOOT:  And as of today, aside from your

9   discussion with term loan lenders, you've not had

10  discussions with any other potential lenders concerning

11  potential post-petition financing?

12          MR. MACK:  I personally have not.  I don't believe

13  Lazard have, but they may have.

14          MR. BAREFOOT:  Okay.  One other line of question.

15  You mention the debtors are a holding company.  Are you

16  aware of payments being made from the debtors' own accounts

17  pre-petition to trade creditors and suppliers of the

18  operating (indiscernible)?

19          MR. MACK:  I don't know the answer to that

20  question sitting here today.

21          MR. BAREFOOT:  Okay.  One last question, with

22  respect to the account at UMB, you had stated that it was

23  your belief that those all in Stoneway Capital's name.  In

24  giving that testimony --

25          MR. MACK:  I --

Page 23

1          MR. BAREFOOT -- I'm sorry.  Go ahead.

2          MR. MACK:  I said there, you know, a number of

3   accounts at UMB within the debtor pool.  I'm not sure --

4   some are in SCC's name, but I believe there may be, I think

5   there might be some in other company names.  There's a

6   number of UMB accounts.

7          MR. BAREFOOT:  Understood.

8          MR. MACK:  Some of them are certainly with SCC.

9          MR. BAREFOOT:  And when you said that some of the

10  accounts may be in another entities' name, is it your

11  understanding that those other accounts that are not in one

12  of the debtor's names, are in the name of UMB?

13         MR. MACK:  Under (indiscernible) UMB.  I'm not

14  sure (indiscernible).

15         MR. BAREFOOT:  Are you aware of the distinction

16  between the collateral, what's known as the collateral

17  accounts and the omnibus account that's held at UMB?

18         MR. MACK:  High level but not in any specific

19  detail.

20         MR. BAREFOOT:  Okay.  And do you have

21  understanding as to whether the name in which those

22  operating accounts versus -- excuse me -- collateral

23  accounts versus omnibus accounts are held?

24         MR. MACK:  I'm not sure of the answer to that.

25  I'd need to consult with counsel.

Page 24

1          MR. BAREFOOT:  Thank you very much, Mr. Masumoto.

2     Nothing further from me at this point.

3          MR. MASUMOTO:  All right.  Thank you.  Are there

4     any other questions?

5          MR. DUNNING:  Sure.  This is Brian Dunning,

6     counsel for the creditors.  If I may, I do have a couple.

7          MR. MASUMOTO:  Okay.  Please proceed.

8          MR. DUNNING:  Sure.  Mr. Mack, you said earlier

9     you intended to file a motion relating to one of the

10    arbitrations in which Stoneway and some of its subsidiaries

11    are participating.  Can you tell us the arbitration in

12    particular where -- that this applies to and the nature of

13    the motion?

14         MR. MACK:  I don't think I decided if I'd be

15    filing any motion as it relates to arbitration.  The only

16    reference to the arbitration was as to one of the ordinary

17    course of professionals that we are using in connection with

18    one of the arbitrations.

19         MR. DUNNING:  Well, I think you mentioned

20    something about a stay and its application to subsidiaries.

21    Perhaps I (indiscernible).

22         MR. MACK:  That's, that is a stipulation with UMB,

23    the indentured trustee.

24         MR. DUNNING:  Okay.

25         MR. MACK:  And it is not in connection with the

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 26 of 35

Page 25

1    arbitration.

2              MR. DUNNING:  Okay.  Thank you.  Also, this is the

3    last question I have.  Under the contracts, and this

4    involves the bond holders as well with the contracts

5    involving a few of the power plants that were built in

6    Argentina.  There were accounts at BONY back in New York

7    that were supposed to be contingency accounts.  What is the

8    status of those accounts, do you know?

9              MR. MACK:  I do not know.

10             MR. DUNNING:  Okay.  That's it.  That's all I

11   have.  Thank you.

12             MR. MASUMOTO:  All right.  Thank you.  All right.

13   Any other questions?  All right.  At this time, I'd like to

14   remind all the parties that this 341 Meeting will be

15   adjourned to June 2nd at 1 p.m.  Thank you very much for

16   your participation.

17             MR. MACK:  Thank you.  Bye.

18             (Whereupon these proceedings were concluded)

19

20

21

22

23

24

25

Page 26

1                    C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  May 7, 2021

[& - attorneys]                                                              Page 1

| & | 4 | addition 12:17 | anticipate 8:3 |
|---|---|---|---|

**&**

**&** 2:10,18 5:14,18
5:24 6:3 13:19

**1**

**1** 4:3 8:2 25:15
**1.2** 20:10
**10** 2:19 6:5
**100** 10:8
**10004** 1:15
**10006** 2:22
**10018** 3:4
**10022** 2:6,13 5:6
**1007-2** 14:16
**11** 17:25
**11501** 26:23
**1350** 3:3
**17th** 20:1

**2**

**2** 8:2
**2020** 5:4 9:19,19
9:25 10:1,9,10
**2021** 1:17 4:3 7:14
8:2 20:9 26:25
**21** 7:14,21
**21-10646** 1:3 4:8
**2120** 3:3
**26.1** 9:6
**271** 9:18 10:6
**28th** 11:24
**2nd** 25:15

**3**

**30** 20:9
**300** 26:22
**31** 10:18,19
**330** 26:21
**341** 1:21 4:6,11,11
4:15 7:24 8:9 19:8
25:14
**345** 20:24

**4**

**4** 1:17 4:3
**410** 2:5 5:5

**5**

**50** 10:7
**599** 2:12

**6**

**686** 9:2

**7**

**7** 10:21,21,24
26:25
**7th** 12:4,5,5 19:24
20:2

**9**

**900** 2:5 5:5

**a**

**able** 7:17
**abstain** 11:19
**abstention** 11:18
12:1,10 17:20
18:6 19:24
**access** 4:13
**account** 12:21,21
12:24 14:9 16:2
16:14,16,21 20:19
20:21,24 21:8
22:22 23:17
**accounting** 13:21
**accounts** 14:6,7,8
14:10,12,14 15:10
15:24 16:3,4,7,9
16:17 21:14 22:16
23:3,6,10,11,17
23:22,23,23 25:6
25:7,8
**accurate** 7:2 26:4
**acknowledge** 13:2
**activity** 15:1
**ad** 2:19 6:4 11:13
12:13 14:11 19:18

**addition** 12:17
**additional** 8:6
19:4 21:14
**additions** 7:7
**address** 4:23 5:4
**adjourn** 8:2
**adjourned** 7:25
8:8 25:15
**adjournments**
10:14
**administration**
11:5
**administrative**
21:5,12
**adverse** 10:11
**advisor** 13:20,25
**affairs** 7:13,19,24
8:4,12 19:4
**affiliate** 18:19
**affiliates** 18:18,20
18:23
**affirm** 5:8
**afraid** 17:2
**afternoon** 4:2,3
5:13 6:2 19:16
**agree** 10:20
**agreed** 12:11,13
**agreement** 9:7,24
10:1,16,18,20
13:6
**agreements** 9:20
**ahead** 23:1
**aires** 8:25
**al** 1:7 4:7
**amended** 10:16
**amount** 9:17 10:6
15:18 17:13
**amounts** 16:24,25
17:8
**ample** 19:12
**answer** 17:16
18:15 20:25 21:22
22:19 23:24

**anticipate** 8:3
**anticipated** 21:20
**anybody** 19:13
**apart** 17:8
**apologies** 20:4
**appearance** 6:11
**appearances** 5:12
6:1
**application** 24:20
**applications**
13:16,18,18
**applies** 24:12
**approval** 21:9,21
**approve** 10:15
**approximately**
4:3 9:1,6,18 20:10
**april** 10:21,21,24
**arbitration** 13:23
24:11,15,16 25:1
**arbitrations**
24:10,18
**argentina** 6:20
9:7,22,23 10:11
25:6
**argentinal** 8:21
9:8
**argentine** 8:24
**argentinian** 14:22
**arising** 9:21
**arrangement**
21:17
**aside** 17:7 22:8
**asking** 11:19
**assets** 9:5
**assigned** 4:8
**assistance** 13:11
**associated** 4:10
**assume** 21:1
**assuming** 17:22
**attorney** 4:4
**attorneys** 2:11,19
3:2

21-10646-jlg    Doc 75-2    Filed 05/21/21    Entered 05/21/21 21:06:19    Exhibit B - 341 Meeting of Creditors Transcript    Pg 29 of 35

[authority - cross]                                                    Page 2

authority 13:9
authorized 21:1
automatic 11:5
  13:5
available 20:15
  21:4,11
avenue 2:5,12 5:5
aware 7:6 14:3,4
  22:16 23:15

**b**

b 1:23
back 25:6
balance 21:4,10
bank 12:21,22,24
  13:1 14:6,7 15:24
  16:9,14,16 20:19
  20:19,20,22 21:1
  21:16
banker 13:11
bankruptcy 1:1
  1:12 8:16 11:1
  17:22
barefoot 2:24 6:2
  6:3 19:16,17,21
  20:5,14,18,23
  21:3,8,18,25 22:8
  22:14,21 23:1,7,9
  23:15,20 24:1
based 10:2
basis 15:19
beginning 5:12
  13:12
begun 22:1
behalf 5:14 19:18
belief 7:15 22:23
believe 7:10,13
  11:4,25 12:3,7,12
  12:22 14:9,11,16
  15:6 16:8,8 17:10
  18:16 19:1,11,23
  20:12,17 21:14
  22:12 23:4

benefit 7:23 19:22
benefits 9:9
bennett 13:19
best 7:1,4,16
bond 25:4
bony 25:6
border 11:16,23
borrow 21:10
borrowed 20:7
borrower 9:11
borrowers 9:8
borrowing 20:11
  20:13,15
bowling 1:14
brian 1:24 3:6 4:4
  6:13 24:5
briefly 11:3
broadway 3:3
budget 13:12
  16:22 17:3
buenes 8:25
built 25:5
business 8:19
  12:23
bye 25:17

**c**

c 2:1 4:1 26:1,1
call 9:13
called 10:11
canada 10:3,14
  11:21
canadian 13:20
capital 1:7 4:7
  8:20 9:1,3,15 10:5
  14:10,21
capital's 22:23
care 5:4
carry 8:19
carryover 15:8
case 1:3 4:7,7,8,10
  6:24 8:14 10:24
  11:20,21,25 12:7
  18:2

cases 4:10 5:2
  11:7
cash 15:15 21:4
  21:11,15,15
catch 20:20
caution 19:7
cbca 10:3,9 11:17
certain 13:3
certainly 8:18
  11:15 23:8
certified 26:3
changes 7:7
chapter 17:25
circumstances
  8:16
city 12:21 20:22
  21:1
clarification
  19:22
cleary 2:18 6:3
  19:17
closing 12:24
collateral 9:10
  13:1 15:15 23:16
  23:16,22
coming 22:5
commenced 10:24
committee 6:4
  19:18
common 10:7
companies 14:18
company 8:19
  22:15 23:5
compensation
  13:15,16
compliant 20:24
complicated 8:14
concerning 22:10
conclude 8:9
concluded 25:18
conclusion 7:25
conducted 4:12

confusion 20:2
connection 15:12
  24:17,25
consent 16:4
consult 23:25
contact 4:13
contemplated
  13:19
contesting 11:17
contingency 25:7
continue 15:1
  16:1
continues 17:22
continuing 14:13
  15:4
contract 15:12
contracts 25:3,4
control 14:12 16:4
converted 10:4,7
cook 11:5
corporation 8:20
  9:3 10:5 14:11,21
correct 7:14 11:15
  11:24 12:6 14:19
  14:23,24 16:5,10
corrections 7:6
counsel 5:12
  13:20 23:25 24:6
country 26:21
couple 24:6
course 12:23
  13:22 24:17
court 1:1,12 11:2
  11:19,19 12:3,17
  13:9 19:25
courts 10:9
credit 9:7
creditors 1:21 3:2
  6:7,11,15,17,22
  19:6 22:17 24:6
crisis 9:23
cross 11:16,23

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 30 of 35

[current - giving]                                                        Page 3

**current** 12:19
13:18
**currently** 12:4

**d**

**d** 4:1 6:19
**damian** 3:7 6:14
**date** 4:2 7:14 8:2
8:8 20:1 26:25
**david** 2:8 4:25
**day** 11:2 20:6
**days** 22:6
**deadline** 7:18
**dealing** 13:22
**debt** 18:23,23
**debtor** 1:9 4:23
7:11,17 8:11,15
8:23 9:12,12
12:16,16 14:6
15:7 17:7,15,22
18:18,18,19 20:16
23:3
**debtor's** 5:12 7:23
8:18 14:16 17:18
17:23 19:9 23:12
**debtors** 2:4,11
4:11 5:1,14,24
7:12,13 9:4,5
10:23 12:13 13:6
14:12,18 17:24
18:2,7,22 20:7
21:5,11 22:15,16
**december** 10:10
**decide** 8:7
**decided** 24:14
**decision** 10:11
**declaration** 14:17
20:6
**declined** 18:5
**defaults** 9:20
**deposit** 12:21
**deposited** 15:24
16:16

**description** 8:15
**detail** 23:19
**develop** 18:1
**developed** 13:11
**different** 18:24
**difficulties** 9:21
**diligence** 21:13
**dip** 13:8,9,12
15:16 16:22,23,23
16:25 17:3 21:6,9
**directed** 19:9
**directly** 8:19
**director** 4:25 5:2
**disbursements**
15:11
**discovered** 10:22
**discovery** 12:10
12:11,12,14 19:11
**discussed** 17:9
**discussion** 22:1,9
**discussions** 18:3
22:10
**distinction** 23:15
**district** 1:2,13
**dollars** 9:18 10:7
**drivetrain** 2:3 5:5
**due** 8:6 9:6
**dunning** 3:1,6 6:8
6:13,13,14,19
24:5,5,8,19,24
25:2,10
**duro** 3:2 6:15,19

**e**

**e** 1:23,23 2:1,1 4:1
4:1 5:23 6:19,19
26:1
**earlier** 14:17 17:9
24:8
**economic** 9:22
**efforts** 21:19
**either** 18:20,23
**energy** 15:9

**engage** 18:5
**enter** 11:6,6 13:9
**entered** 7:11
**entirely** 17:13
**entities** 5:1 8:24
11:13 14:22 15:7
15:7 18:19,25
23:10
**entity** 9:12
**equipment** 15:8
15:10
**equity** 9:4
**essentially** 9:19
14:18
**establish** 15:25
**estimate** 15:17
**et** 1:7 4:7
**evaluate** 14:13
**evaluating** 15:14
16:6
**evening** 10:22
**exchange** 13:5
**exclusive** 12:19
**excuse** 4:19 12:25
13:14 23:22
**expect** 7:17
**expenses** 21:5,12
**expired** 10:20
**extend** 8:7
**extending** 7:11
**extension** 7:14 8:6
8:7 10:23

**f**

**f** 1:23 6:19 26:1
**facility** 9:9 21:21
22:2
**fact** 14:21
**fees** 15:14 20:13
**felguera** 3:2 6:15
6:19
**file** 7:12,12,20 8:7
12:16,20,23 24:9

**filed** 7:3,24 8:4,6
11:2,12 12:9,17
20:7
**filing** 7:18 8:16
11:1,19 12:25
13:14 19:3 24:15
**finally** 9:11
**finances** 19:9
**financial** 7:13,19
7:24 8:4,12 9:22
13:20,24 19:4
**financing** 13:8,10
20:9 21:7,9,19
22:11
**firm** 5:16 13:21
**first** 11:2 19:21
20:6
**flux** 17:20
**following** 10:13
**forbearance** 9:24
**foregoing** 26:3
**formal** 9:24
**forth** 19:10
**four** 8:24
**fred** 2:15 5:13
**full** 9:14
**funding** 22:5
**funds** 16:16,18,23
17:6
**further** 10:22
24:2

**g**

**g** 4:1 5:23 6:19
**garrity** 4:9
**general** 5:3 8:15
11:5 17:18
**generally** 8:13
18:16 19:8
**generation** 9:16
**give** 5:8 17:17
19:4
**giving** 22:24

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 31 of 35

[go - masumoto]                                                                 Page 4

**go**   16:1,2 23:1
**going**   9:23 12:23
  20:23 22:6
**good**   4:2 5:13 6:2
  19:16
**gotlieb**   6:3 19:17
**gottlieb**   2:18
**grammercy**   20:9
**green**   1:14
**grm**   9:13,14 10:8
**group**   2:19 6:4
  9:16 12:14 19:18
**groups**   14:11
**guaranteed**   9:3,9
  9:15
**gueli**   2:16 5:17,17
  5:23,23
**guess**   11:13 14:21
  17:21

**h**

**hamilton**   2:18 6:3
**head**   9:14 15:20
**hear**   12:4
**hearing**   8:8 11:20
  20:1
**held**   5:3 21:16
  23:17,23
**hello**   5:17
**hi**   5:17
**high**   9:1 21:23
  23:18
**hoc**   2:19 6:4 11:13
  12:13 14:11 19:18
**holders**   25:4
**holding**   8:18
  14:18 22:15
**holdings**   18:14
**hope**   8:3
**hurdle**   17:21
**hyde**   26:3,8

**i**

**idea**   17:18
**identified**   21:25
**identify**   4:16 11:3
  11:14 16:25 19:14
**include**   4:11
**including**   10:17
  18:18
**indemnity**   21:16
**indentured**   13:1
  21:17 24:23
**indirectly**   18:24
**indiscernible**   6:8
  8:22,23 9:10,14
  10:9,12,17,23
  12:20,22,24 13:2
  13:3,5,9,15,21,21
  14:13 15:6,8,9,12
  15:15 16:7,19,19
  17:25 18:1 21:15
  22:5,6,7,18 23:13
  23:14 24:21
**individual**   5:20
**initial**   4:6 13:12
  17:3
**insolvency**   10:2
**intend**   8:9 12:16
  13:8 15:24
**intended**   16:18
  24:9
**intending**   12:20
**intention**   17:18
**interest**   6:22
  13:12,13 18:20
  19:7
**interests**   8:10,23
  9:4
**interim**   13:14,15
**investment**   13:11
**involves**   25:4
**involving**   25:5
**issued**   9:2 10:5

**j**

**james**   4:8
**john**   2:16 5:17,23
**joint**   11:5
**jones**   13:19
**jr**   4:9
**judge**   4:8
**june**   8:2 12:4,5,5
  19:24 20:1,1
  25:15

**k**

**know**   5:21 8:14
  17:13,14,16,19,20
  18:6,15,16,19
  20:14,18,25 21:3
  22:19 23:2 25:8,9
**knowledge**   7:1,4
  7:17 17:12
**known**   10:3 23:16

**l**

**l**   4:8 5:23 6:19
**late**   10:22
**lazard**   13:20 14:1
  22:13
**lead**   4:7,10
**lease**   15:4,4,9,16
  15:18,23 17:7,9
  17:14
**leases**   8:21 14:22
  15:8,11
**leasing**   14:25
**led**   8:16 9:24,25
**ledanski**   26:3,8
**legal**   26:20
**lenders**   18:3,13
  18:21 22:1,4,9,10
**level**   9:1 23:18
**lexington**   2:12
**liberty**   2:21
**lift**   11:16,23
**light**   10:16

**limited**   1:7 4:7 5:2
**line**   22:14
**list**   4:14 12:19
**llc**   5:5
**llp**   2:10,18 3:1 6:3
  6:14
**loan**   9:11,17,20,21
  10:6 22:4,9
**look**   18:4,9,11
**lot**   17:19
**lp**   9:16
**luke**   2:24 6:2
  19:17

**m**

**mack**   2:8 4:25,25
  5:7,10 6:23,25 7:4
  7:9,15,20 8:13,18
  11:4,9,15,25 12:3
  12:7,12,18 14:1,4
  14:8,19,24 15:2,6
  15:20,22 16:1,6
  16:11,13,18,21
  17:2,10,16,24
  18:11,15,22 19:1
  19:16,23 20:4,6
  20:12,17,22,25
  21:6,13,22 22:3
  22:12,19,25 23:2
  23:8,13,18,24
  24:8,14,22,25
  25:9,17
**maintain**   8:22
**maintenance**
  15:13
**march**   5:4 9:19
  10:15,18,19 20:9
**market**   21:20
**masumoto**   1:24
  4:2,4 5:7,11,15,19
  5:25 6:2,6,9,16,21
  7:1,6,10,16,22
  10:25 11:8,11,22
  12:1,5,8,15 13:24

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B - 341 Meeting of Creditors Transcript   Pg 32 of 35

[masumoto - plant]                                                  Page 5

14:2,5,15,20,25
15:3,17,21,23
16:3,8,12,15,20
16:23 17:5,12,17
18:10,12,17,24
19:2,17,20 24:1,3
24:7 25:12
**material** 8:19
**matter** 1:5 4:6
13:23
**mean** 17:24 18:22
21:1
**meet** 7:17
**meeting** 1:21 4:6
7:25,25 15:22
19:5,8 25:14
**meetings** 10:14
**memory** 11:10
**mention** 14:20
22:15
**mentioned** 14:17
16:6,9 20:18
21:18 24:19
**million** 9:2,6,18
10:7 20:10
**mind** 6:17 19:13
**mineola** 26:23
**misheard** 20:6
**moment** 12:13
16:13,18 17:2
21:6
**mompresa** 6:20
**month** 17:6
**monthly** 13:16
15:9,19
**motion** 11:6,15,16
11:18,23,23 12:1
12:10,23 17:20
19:24 24:9,13,15
**motions** 11:2,3,12
11:14 12:9,16
14:2

**mute** 4:20 5:21

## n

**n** 2:1 4:1 26:1
**name** 4:4,23 6:17
9:14 14:10 20:20
22:23 23:4,10,12
23:21
**names** 23:5,12
**national** 12:22
20:22 21:1
**nature** 24:12
**need** 23:25
**negotiating** 21:6
**new** 1:2,13,15,15
2:6,6,13,22 3:4
5:5,5 10:4 15:24
16:9 20:19 21:16
25:6
**non** 8:23 9:12,12
10:2 11:7 18:18
**noted** 7:7 19:23
**noteholders** 2:19
6:4 10:14 11:13
11:20 16:5 18:3,5
18:13,20 19:19
**notes** 2:20 6:5 9:2
9:21 10:4,5 20:8
**number** 10:13
23:2,6
**ny** 2:13,22 3:4
26:23

## o

**o** 1:23 4:1 6:19
26:1
**obtain** 21:19,20
**obtained** 20:9
21:9
**occurrence** 13:2
**october** 10:9
**offer** 19:22
**office** 1:11 4:5,14
14:9

**offshore** 15:10
**okay** 5:7,15,25,25
6:6,21,23 12:8,15
14:2,2,15 15:3,17
15:21 16:3,8,15
16:20,23 17:5,12
17:17 18:17 19:2
20:18 21:3 22:14
22:21 23:20 24:7
24:24 25:2,10
**old** 21:17 26:21
**omnibus** 14:8
23:17,23
**once** 8:5
**ones** 12:19
**ongoing** 21:13
**online** 4:19
**ontario** 10:9
**open** 16:9 19:5
**opened** 12:21
20:21
**opening** 12:24
20:19
**operate** 8:24
**operating** 8:21,23
9:8 14:22 15:7
22:18 23:22
**operation** 15:13
**operational** 9:21
**operations** 8:20
10:12 14:16 17:6
19:9
**opportunity** 8:10
19:12
**order** 7:11 19:25
**ordinary** 12:23
13:22 24:16
**organizing** 17:24
**outstanding** 9:6
9:17
**overall** 17:23 19:9
**overcome** 17:21

**overlap** 18:13

## p

**p** 2:1,1 4:1
**p.m.** 4:3 8:2 25:15
**package** 9:10
**park** 2:5 5:5
**participants** 19:7
**participating** 5:16
24:11
**participation**
25:16
**particular** 24:12
**parties** 4:13,16,19
6:22,22 7:23 8:10
10:20 13:2,4,13
19:6,22 25:14
**partner** 5:3 6:14
**partnerships** 5:2
**pay** 20:13
**payment** 15:9
**payments** 15:4,4
15:16,18,23 16:22
17:7,9,14 22:16
**pedro** 15:10
**pending** 13:23
18:5 19:3
**percent** 2:20 6:5
10:7,8
**person** 6:9
**personally** 22:12
**petition** 8:17 11:1
13:3,3 15:1,5 17:6
17:15 21:19,21
22:2,11,17
**petitions** 6:24 7:2
**phone** 5:21,22
**place** 10:3
**plan** 10:15 17:23
18:4
**planning** 18:8
**plans** 18:11
**plant** 10:11

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B - 341 Meeting of Creditors Transcript   Pg 33 of 35

[plants - shares]                                                                 Page 6

plants 25:5
plaza 2:21
please 4:20,23
  5:11,20,21 6:1,10
  19:13,20 24:7
pledges 9:4
point 9:23 18:4
  20:3 21:23 24:2
pool 23:3
position 14:6,12
  16:24
positions 5:4
post 13:3 15:1,4
  17:15 21:19,21
  22:2,11
potential 16:25
  21:25 22:1,4,10
  22:11
power 8:25 9:16
  25:5
pre 13:3 17:5
  22:17
preferred 10:8
preliminary
  17:21
present 8:1,1
  11:11 12:15
principal 2:4 4:18
  4:22 9:6,17 10:6
priority 21:24
problems 20:5
procedure 13:16
procedures 13:15
proceed 11:20
  19:20 24:7
proceeding 10:3
  10:10 11:18
proceedings
  25:18 26:4
proceeds 16:19
  20:10,12,15
process 13:10
  18:2 22:6

professional
  13:22 15:14 20:13
professionals
  13:17 16:22 18:1
  18:7 24:17
promissory 20:8
property 14:7
proposals 13:13
proposed 10:17
protocol 11:16,23
provided 10:2
  14:9
provider 15:14
providers 4:14
provides 19:25
purpose 16:16
  19:10
purposes 17:19
  19:11
pursuant 20:8
  21:16

q
question 8:11
  19:8 21:22 22:14
  22:20,21 25:3
questioning 19:10
questions 19:5,6
  19:10,13,15,15,19
  24:4 25:13
quite 20:20

r
r 1:23 2:1 4:1 6:19
  6:20 26:1
reached 18:2 22:3
  22:4
reason 8:5
record 4:17,20,24
  5:12,20 6:1,12 7:3
  7:7,22 8:15 19:14
  20:3 26:4
recorded 4:12
refer 11:13

reference 24:16
reflects 20:7
regarding 21:7
reivman 3:1 6:14
related 10:11
  12:20
relates 11:17
  24:15
relating 15:11
  24:9
relevant 5:3
remain 20:15
remember 9:13
remind 25:14
remits 15:9
reorganization
  10:2 17:19,23
reorganizations
  18:9
repeat 5:20 6:10
  6:16
represent 6:15
request 18:6
require 4:13
required 10:15
resolution 18:5
respect 11:1 12:8
  12:10 14:5,13,15
  15:3 17:5 18:17
  22:22
restricted 10:12
restricting 10:16
restrictions 19:12
restructuring
  9:25 10:18,19
retention 11:4
  13:16,17,18
revised 17:4
revolving 9:7
right 4:15,18,22
  6:1,21,23 7:10,16
  8:13 10:25 11:8
  11:11,22 14:5,15

14:25 17:17 18:10
  18:12 19:2 24:3
  25:12,12,13
rights 16:7,7
ringing 5:21
rise 19:4
road 26:21
rough 21:3
rsa 10:19
rsm 13:20
running 22:6

s
s 1:24 2:1 4:1
san 15:10
sanctions 13:6
satisfy 21:5,12
scc 9:2 14:21
  15:10,11 23:8
scc's 23:4
schedule 12:10,11
  12:12
scheduled 11:24
  12:2,3
schedules 7:12,18
  7:23 8:3,5,11 19:3
scheduling 19:23
  19:25
secured 2:20 6:5
  9:2,4 10:5
seek 13:6,9 15:15
seeking 11:18
  17:1
senior 2:20 6:5
  9:2 10:4
separate 17:8
  20:8
september 10:1
series 9:20
service 15:14
set 19:24 20:1
sglp 9:15
shares 10:8,8

21-10646-jlg    Doc 75-2    Filed 05/21/21    Entered 05/21/21 21:06:19    Exhibit B -
341 Meeting of Creditors Transcript    Pg 34 of 35
[shearman - withdrawal]                                                    Page 7

**shearman** 2:10
    5:14,18,24 13:19
    17:25
**sign** 6:23
**signed** 9:24 10:1
**sir** 6:13
**sitting** 22:20
**situation** 9:22
**six** 4:10,11
**solicit** 13:12
**solutions** 26:20
**somewhat** 8:14
**sonya** 26:3,8
**sorry** 4:19 5:19
    6:9,16 12:5 13:24
    18:22 23:1
**sort** 11:5 17:18
**sosnick** 2:15 5:13
    5:13,15
**source** 22:5
**southern** 1:2,12
**speak** 4:16 8:13
**speaking** 4:20
**specific** 23:18
**spell** 6:18
**spi** 15:9
**spoke** 5:20 6:10
**standstill** 10:21
**state** 4:23 5:11 6:1
    6:11 8:15 14:7
**stated** 14:17 22:22
**statement** 6:10
    7:12,18,24 8:3,11
    19:3
**statements** 7:2
    14:9
**states** 1:1,11 4:5
**stations** 8:25
**status** 25:8
**stay** 11:6,17,23
    13:5 24:20
**steen** 2:18 6:3

**steering** 6:4 19:18
**sterling** 2:10 5:14
    5:18,24 13:19
**stipulated** 19:25
**stipulation** 12:25
    24:22
**stoneway** 1:7 4:7
    8:20 9:3,15,16,16
    10:5 14:10,21
    22:23 24:10
**strategy** 18:1,8
**streamed** 15:18
    17:7,8,14
**structure** 9:1
**subject** 21:13
**subsidiaries** 8:21
    8:24 9:8 11:7
    24:10,20
**suite** 2:5 3:3 5:5
    26:22
**suppliers** 22:17
**support** 10:1,16
    10:18,19
**supposed** 25:7
**suppository** 21:2
**sure** 17:13 23:3
    23:14,24 24:5,8
**swear** 5:7

**t**

**t** 26:1,1
**take** 10:2
**taken** 14:6,11
**telephone** 4:21
**telephonic** 4:15
**telephonically** 2:8
    4:12
**tell** 18:12 24:11
**term** 9:11,17,20
    10:6 18:3,13,21
    18:23 22:4,9
**termination** 10:17
**terms** 13:8 15:11
    18:13 21:3

**testimony** 5:8
    22:24
**thank** 5:11 7:10
    10:25 20:23 24:1
    24:3 25:2,11,12
    25:15,17
**things** 17:19
**think** 11:9 12:18
    12:19 23:4 24:14
    24:19
**thinking** 18:7
**three** 5:1
**time** 7:8,9,11 8:1
    8:1,3,7 11:11
    12:15 14:4 16:20
    16:24 18:4 19:2,5
    25:13
**timetable** 21:20
**title** 4:23
**today** 5:16 20:16
    21:5,10 22:8,20
**today's** 4:2,11
**tom** 11:4
**top** 9:13 15:20
**total** 21:4,10
**trade** 22:17
**transcript** 4:13
    26:4
**transcription**
    4:14
**trial** 4:4
**true** 7:2 26:4
**trustee** 1:11,25
    13:1 21:17 24:23
**trustees** 4:5
**truth** 5:8,9
**turbine** 8:21
**turbines** 14:22
    15:13
**turn** 9:25
**two** 9:3 11:12
    20:7

**type** 11:6

**u**

**u** 5:23 6:19,19
**u.s.** 1:12
**ultimately** 21:20
**umb** 13:1,7 14:6
    14:10 16:2,3
    21:14 22:22 23:3
    23:6,12,13,17
    24:22
**understanding**
    11:22 12:11 23:11
    23:21
**understood** 21:8
    21:18 23:7
**undertaking**
    12:14
**underway** 13:10
**unencumbered**
    21:4,11
**united** 1:1,11 4:5
**unsecured** 20:8
**usc** 21:1
**use** 15:15 16:21

**v**

**vallejo** 3:7 6:14
**variety** 13:17
**various** 8:25
**verify** 17:11
**veritext** 26:20
**versus** 23:22,23

**w**

**want** 20:2
**wanted** 16:9
    19:21
**we've** 12:21 13:11
    14:8 17:3 22:3,6
**week** 10:20
**weren't** 17:13
**wish** 6:11
**withdrawal** 11:17

21-10646-jlg   Doc 75-2   Filed 05/21/21   Entered 05/21/21 21:06:19   Exhibit B -
341 Meeting of Creditors Transcript   Pg 35 of 35

Page 8

[working – york]

| | |
|---|---|
| **working**   7:20 |
| 21:23 |

| **x** |
|---|

| **x**   1:4,10 |
|---|

| **y** |
|---|

**yeah**   5:23 16:13
**year**   10:15
**york**   1:2,13,15,15
2:6,6,13,22 3:4
5:5,6 21:16 25:6