Hearing Date and Time: September 21, 2021 at 11:00 a.m. (Prevailing Eastern Time)

**SHEARMAN & STERLING LLP**
Fredric Sosnick
Ned S. Schodek
Jordan A. Wishnew
599 Lexington Avenue
New York, NY  10022
Phone:  (212) 848-4000
Email:    fsosnick@shearman.com
             ned.schodek@shearman.com
             jordan.wishnew@shearman.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| STONEWAY CAPITAL LTD., *et al.*[1] | : | Case No. 21-10646 (JLG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATIONS OF
PROFESSIONALS RETAINED BY THE DEBTORS FOR THE PERIOD FROM
<u>APRIL 7, 2021, THROUGH JULY 31, 2021</u>**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession

(collectively, the "<u>Debtors</u>") filed the *First Interim Fee Application of Shearman & Sterling LLP*

*for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to*

---

[1]    The Debtors in these Chapter 11 Cases and the last four digits of their registration numbers in the jurisdiction where they operate are:  Stoneway Capital Ltd. (4518) (BVI), Stoneway Capital Corporation (1512) (Canada), Stoneway Energy International LP (1029) (Canada), Stoneway Energy LP (1028) (Canada), Stoneway Group LP (0837) (Canada) and Stoneway Power Generation Inc. (1748) (Canada).

the Debtors for the Period From April 7, 2021, Through July 31, 2021 (the "S&S Application") [ECF No. 222].

**PLEASE TAKE FURTHER NOTICE** that Prime Clerk LLC filed the *Combined Monthly Fee Statement and First Interim Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, For Services Rendered and Reimbursement of Expenses for the Period From April 7, 2021 Through July 31, 2021* (the "Prime Clerk Application") [ECF No. 219].

**PLEASE TAKE FURTHER NOTICE** that Debtors filed, on behalf of Bennett Jones LLP, the *First Interim Fee Application of Bennett Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period From April 7, 2021, Through July 31, 2021* (the "Bennett Application") [ECF No. 224].

**PLEASE TAKE FURTHER NOTICE** that Debtors filed, on behalf Lazard Freres & Co. LLC, the *First Interim Fee Application of Lazard Freres & Co. LLC, Investment Banker to the Debtors, and Debtors in Possession for the Period From April 7, 2021 Through July 31, 2021* (the "Lazard Application," and together with the S&S Application, the Prime Clerk Application and the Bennett Application, the "Applications") [ECF No. 226].

**PLEASE TAKE FURTHER NOTICE** copies of the Applications can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' notice and claims agent, Prime Clerk LLC, located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165, at https://cases.primeclerk.com/stonewaycapital or by calling +1 877 720 6615. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that objections to the Applications are required to be filed and served so as to be actually received by September 14, 2021 at 4:00 p.m. (the "Objection

Deadline").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Applications has been scheduled for **September 21, 2021 at 11:00 a.m., prevailing Eastern Time** before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, One Bowling Green, New York, New York 10004.  In light of COVID-19, the Hearing will only be conducted telephonically.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC (www.courtsolutions.com). Instructions to register for CourtSolutions LLC are attached to General Order M-543 (which can be found at http://www.nysb.uscourts.gov).  All parties filing the Application and the objecting parties are required to attend the Hearing in accordance with the Bankruptcy Court's General Order M–543 and failure to attend may result in relief being granted or denied upon default.

| | |
|---|---|
| Dated: August 20, 2021<br>New York, New York | **SHEARMAN & STERLING LLP**<br><br>*/s/ Fredric Sosnick*<br>Fredric Sosnick<br>Ned S. Schodek<br>Jordan A. Wishnew<br>599 Lexington Avenue<br>New York, NY  10022<br>Phone: (212) 848-4000<br>Email:   fsosnick@shearman.com<br>            ned.schodek@shearman.com<br>            jordan.wishnew@shearman.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |